UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
UNITED STATES OF AMERICA       :
:        11 Cr. 161 (RPP)
- against –                    :
:        AFFIDAVIT OF
WINIFRED JIAU                  :        WINIFRED JIAU
:
                  Defendant.   :
:
------------------------------------------------------x

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

WINIFRED JIAU, being duly sworn, deposes and says:

1. I am the defendant in this case. I am setting forth here my financial assets and some of my liabilities.

2. I have a bank account at Bank of America, in Palo Alto, California, which I believe contains approximately $5,000. I also have a bank account at Bank of the West, in Union City, California, which I believe has no funds in it.

3. I own a parcel of land in Los Angeles, California, which I purchased in 2006. The land is currently worth approximately $5,000.

4. I own an automobile which has a resale value of approximately $15,000.

DB1/66816894.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/11

5. I have three brokerage accounts. My brokerage account at Charles Schwab has no value. My brokerage account at TD Ameritrade (which TD Ameritrade refers to as a "thinkorswim" account) has no value. My brokerage account at Bank of America has an approximate value of $100.

6. I have jewelry which I believe has a resale value of approximately $~~8,000~~ $2,500. wJ.

7. In late October or early November, 2011, I invested approximately $60,000 in a condominium development outside Shanghai, China. My funds were pooled with those of other investors. I believe this investment was made in the name of my family. The investment is not in my name. I understand that the condominiums will take approximately one year to build and that they will then be sold.

8. In 2005, while I was living in Taiwan, I contributed approximately $25,000 to an investment my family has in gold. The investment is not in my name. The original investment was made by my father for the benefit of my mother, my sister and me. My father died in 1995.

9. I have no other investments or assets.

10. Between the time of my arrest and today, I have spent the last of my liquid assets, or approximately $55,000, on legal fees in connection with this case and my efforts to secure bail.

11. I have credit card debt totaling approximately $8,000.

12. I owe my friend Mr. Terry Peng approximately $15,000 for expenses he has paid on my behalf using his own funds since my incarceration. Among other expenses Mr. Peng is paying using his own funds are the monthly rent on my house in Fremont, California, the renewal of my car registration, and my utility bills.

*Winifred Jiau*
Winifred Jiau

Sworn to before me this
9th day of March 2011

_____
Notary Public

PAVLOVIC VLADIMIR
Notary Public, State of New York
No. 02PA6204945
Qualified in New York County
Commission Expires April 27, 2013