USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/11

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

     - v. -                      :        ORDER OF FORFEITURE

WINIFRED JIAU,                   :        S1 11 Cr. 161 (~~RPP~~) JSR
     a/k/a "Wini,"
                                 :
          Defendant.             :

- - - - - - - - - - - - - - - - - -x

WHEREAS, on or about March 8, 2011, WINIFRED JIAU, a/k/a "Wini" (the "Defendant") was charged in a five-count Superseding Indictment, S1 11 Cr. 161 (RPP) (the "Indictment"), with conspiring to commit securities fraud and wire fraud, in violation of Title 18, United States Code, Section 371 (Count One); and securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, the forfeiture of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One and Two of the Indictment, including but not limited to, a sum of money in United States currency which was derived from proceeds traceable to the commission of the offenses alleged in Counts One and Two of the Indictment;

WHEREAS, on or about June 20, 2011, the Defendant was found guilty, following a jury trial, of Counts One and Two of the Indictment;

WHEREAS, on or about September 21, 2011, the Defendant was sentenced, and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), ordered to forfeit a sum of money equal to $3,118,000 in United States currency, representing the amount of proceeds obtained as a result of the commission of the offenses charged in Counts One and Two of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the commission of the offenses charged in Counts One and Two of the Indictment, of which the Defendant was found guilty, a money judgment in the amount of $3,118,000 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture, this Order is final as to the Defendant, WINIFRED JIAU, a/k/a "Wini," and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service,

and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7.   The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.


Dated: New York, New York
       10/30     , 2011

                                        SO ORDERED:

                                        _____
                                        HONORABLE JED S. RAKOFF
                                        UNITED STATES DISTRICT JUDGE