UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                        Plaintiff,       :
                                         :
        -against-.                       :
                                         :
WINIFRED JIAU,                           :   Case No: 11-cr-161 (JSR)
                                         :
                        Defendant.       :
------------------------------------------------------X

### NOTICE OF MOTION OF JOANNA C. HENDON, DAVID A. LUTTINGER, JR. AND MORGAN, LEWIS & BOCKIUS LLP TO WITHDRAW AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that, upon the annexed Declaration of Joanna C. Hendon in Support of the Motion of Joanna C. Hendon, David A. Luttinger, Jr., and Morgan, Lewis & Bockius LLP to Withdraw as Counsel of Record, dated September 18, 2012, the undersigned will move this Court, before the Honorable Jed S. Rakoff, Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, New York, New York 10007, for an Order to withdraw as counsel of record for Ms. Jiau, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: New York, New York
       September 18, 2012

                            **MORGAN, LEWIS & BOCKIUS LLP**

                            By: _JHendon / VP_
                            Joanna C. Hendon
                            101 Park Avenue
                            New York, New York 10178
                            Telephone: (212) 309-6000
                            E-mail: jhendon@morganlewis.com

                            *Attorneys for Defendant Winifred Jiau*

## **CERTIFICATE OF SERVICE**

I, Vladimir Pavlovic, hereby certify that copies of the foregoing Notice of Motion of Joannà C. Hendon, David A. Luttinger, Jr. and Morgan, Lewis & Bockius LLP to Withdraw as Counsel of Record, and the annexed Declaration of Joanna C. Hendon in Support of the Motion, were served upon all the parties of record via the Electronic Case Filing system, and to the following parties:

AUSA David Miller (by hand)
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

AUSA Jenna Dabbs (by hand)
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Winifred Jiau (by first class mail)
Register No. 15221111
FCI Dublin – Satellite Camp
5675 8th Street Camp Parks,
Dublin, CA 94568.


Dated: New York, New York
       September 18, 2012

_____
Vladimir Pavlovic