## DECLARATION

I WINIFRED JIAU, herein declare under penalty of perjury that I am the Defendant pro se in the above stated matter and that the foregoing is true and correct based upon information and belief and not willfully false. I make this statement and declaration pursuant to 28 U.S.C. §1746 this __17__ day of September, 2012.

_Winifred Jiau_

Winifred Jiau
#15221111
Satellite Prison Camp
SPC – Dublin
5675 8th Street - Camp Parks
Dublin, CA 94568