Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: JUN 3 0 2014**

Caption:

United States v.

Winifred Jiau

Docket No.: 11 Cr 161 (JSR)

Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Winifred Jiau appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____ (specify)
entered in this action on June 10, 2014
(date)

This appeal concerns: Conviction only [ ]   Sentence only [✔]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [ ]   trial [✔]   N/A [ ] .

Offense occurred after November 1, 1987? Yes [✔]   No [ ]   N/A [ ]

Date of sentence: September 21, 2011   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Xavier R. Donaldson
Counsel's Address: 1825 Park Avenue Suite 1102
New York, NY 10035
Counsel's Phone: 212-722-4900

Assistant U.S. Attorney: Richard Alan Cooper
AUSA's Address: One Saint Andrew's Plaza
New York, NY 10007
AUSA's Phone: 212-637-1027

_____
Signature