UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
UNITED STATES,                           :
                                         :
             -v-                         :        11-cr-161
                                         :
WINIFRED JIAU,                           :        ORDER
                                         :
             Defendant.                  :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    On June 8, 2014, the Court referred defendant Jiau's Rule 33 Motion for a New Trial, ECF Dkt. Nos. 146 & 148, to Magistrate Judge Ronald L. Ellis. That Order of Reference is hereby withdrawn.

    SO ORDERED.

                                            JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       October 30, 2014