**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FEB 09 2015

Caption:
United States v.

Winifred Jiau

Docket No.: 11 Cr 161 (JSR)

Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Winifred Jiau appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✔ Rule 33 Order (specify)

entered in this action on February 3, 2015 (date).

This appeal concerns: Conviction only | __ Sentence only | __ | Conviction & Sentence ✔ Other | __

Defendant found guilty by plea | | trial ✔ | N/A |

Offense occurred after November 1, 1987? Yes ✔ No [  N/A [

Date of sentence: September 21, 2011   N/A | __ |

Bail/Jail Disposition: Committed | __ Not committed ✔ | N/A |

Appellant is represented by counsel? Yes ✔ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Xavier R. Donaldson |
| Counsel's Address: | 1825 Park Avenue Suite 1102 |
| | New York, NY 10035 |
| Counsel's Phone: | 212-722-4900 |
| Assistant U.S. Attorney: | Richard Alan Cooper |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212-637-1027 |

Signature